UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cv-22205-DIMITROULEAS

**CITY OF MIAMI, a Florida municipal
Corporation**

   Plaintiff,

v.

**JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A.,
JPMORGAN CHASE and CHASE
MANHATTAN BANK USA, N.A.**,

   Defendants.
_____/

**PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE THIRD AMENDED
COMPLAINT AND RETAIN NEW COUNSEL TO REPLACE HAGENS BERMAN**

   Plaintiff, pursuant to Rule 7.1 of the Local Rules of the Southern District of Florida, respectfully moves for permission to extend the deadline to file the Third Amended Complaint. On March 14, 2016, this Court granted the request of Hagens Berman ("Hagens") to withdraw as counsel on behalf of the City of Miami. [D.E. 53]. Hagens was co-lead counsel, and the City has been actively seeking to retain substitute counsel. As of April 12, 2016, the City has nearly resolved this issue and identified counsel to replace Hagens as long as counsel has a meaningful opportunity to quickly review the record and be able to participate in the preparation of the Third Amended Complaint in response to this Court's Order Dismissing the Second Amended Complaint Without Prejudice. It will be impossible to accomplish this objective by the current filing deadline of April 15th, and therefore, Plaintiff requests a two-week extension until April 29, 2016, which will enable Miami to replace Hagens and permit counsel to assist in the preparation and filing of the Third Amended Complaint. Plaintiff is promptly filing this Motion on the first court day following the most recent discussions with replacement counsel. This is a significant case for the City and the requested time will in no way prejudice Defendants.

As grounds therefore, Plaintiff states:

1. On March 14, 2016, this Court granted the request of Hagens Berman to formally withdraw as counsel for the City of Miami. [D.E. 53].

2. On March 18, 2016, this Court granted Defendants' Motion to Dismiss the Second Amended Complaint Without Prejudice and ordered the City of Miami to file a Third Amended Complaint by April 15, 2015. [D.E. 54].

3. As of April 12, 2016, Plaintiff has nearly resolved the issue of replacing Hagens as long as there is a reasonable opportunity to enable counsel to meaningfully participate in the process of preparing and filing the Third Amended Complaint.

4. No party to this action will be prejudiced should this Court grant the relief sought herein. If the requested relief is granted the Third Amended Complaint will be filed no later than April 29, 2016.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting the City of Miami a two week extension to enable the City to retain replacement counsel and enable new counsel to meaningfully participate in the preparation of the Third Amended Complaint

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

I, the undersigned attorney, hereby certify that counsel for Plaintiff contacted Defendants' counsel Robert Brochin in writing on April 13, 2016 at 9:22 am. to meet and confer regarding the relief sought in this motion. Thereafter, Mr. Brochin inquired regarding the identify of new counsel and the date they will be appearing, and Plaintiff's counsel followed-up at 10:15 am explaining that he was not currently in a position to identify the firm as of this moment. Plaintiff's counsel also followed-up with Mr. Brochin in writing at 3:07 pm, and again at 4::44 pm to meet and confer regarding the relief sought in this motion. As 5:10 pm Plaintiff's counsel had not received a subsequent response from Defendants' counsel.

Respectfully submitted this 13th day of April, 2016.

/s/Lance A. Harke
Lance A. Harke (Florida Bar No. 863599)
*lharke@harkeclasby.com*
HARKE CLASBY & BUSHMAN LLP
9699 N.E. Second Avenue
Miami, FL 33138
Telephone: (305) 536-8220

Victoria Méndez (Florida Bar No. 194931)
*vmendez@miamigov.com*
CITY OF MIAMI
OFFICE OF THE CITY ATTORNEY
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130
Telephone: (305) 416-1800

Robert Peck (*pro hac vice*)
*robert.peck@cclfirm.com*
CENTER FOR CONSTITUTIONAL
LITIGATION, P.C.
777 6th Street N.W., Suite 250
Washington, DC 20001
Telephone: (202) 944-2803

Erwin Chemerinsky (*pro hac vice*)
*echemerinsky@law.uci.edu*
UNIVERSITY OF CALIFORNIA, IRVINE
401 East Peltason Drive, Educ. 1095
Irvine, CA 92697
Telephone: (949) 824-7722

Joel Liberson (*pro hac vice*)
*joel@taresources.com*
Howard Liberson (*pro hac vice*)
*howard@taresources.com*
TRIAL & APPELLATE RESOURCES, P.C.
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Telephone: (310) 426-2361

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on April 13, 2016 with the Clerk by using the CM/ECF system, which will send notification of such filing to all attorneys of record.

s/ Lance A. Harke