UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-CV-22205-WPD

CITY OF MIAMI, a Florida Municipal
Corporation,

              Plaintiff,

v.

JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A.,
JPMORGAN CHASE, and CHASE
MANHATTAN BANK USA, N.A.,

              Defendants.

_____

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE STAYED PENDING
THE SUPREME COURT'S DISPOSITION OF MATTERS NOW BEFORE THE COURT**

THIS CAUSE is before the Court upon the June 28, 2016 decision by the United States Supreme Court granting the petition for a writ of certiorari of Bank of America, N.A. and Countrywide Bank, FSB, as well as granting the petition for a writ of certiorari of Wells Fargo & Co. and Wells Fargo Bank, N.A., consolidating those petitions, and allotting the cases a one hour oral argument.  The Supreme Court will review the judgment of the Eleventh Circuit Court of Appeals reversing this Court's prior dismissal of this matter.  It appears that further litigation efforts in this action at this juncture are wasteful and counter-productive prior to the determinations to be made by Supreme Court on appeal.[1]

Based upon the foregoing, it is **ORDERED AND ADJUDGED** that the parties shall show cause on or before July 18, 2016 as to why this case should not be stayed pending the

---

[1] Accordingly, on June 30, 2016, in light of the Supreme Court's decision, Wells Fargo & Co. and Wells Fargo Bank, N.A. filed an Unopposed Motion to Stay Further Proceedings Pending the Supreme Court's Disposition of Matters Now Before the Court, to which the City of Miami consented. *See* [DE 101] in case no. 13-24508.

Supreme Court's resolution of the consolidated appeals of two of the four related City of Miami FHA cases pending before this Court.  A failure to respond shall result in the Court entering a stay in this case pending the Supreme Court's resolution of the consolidated appeals.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of July, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

2