UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-CV-22205-WPD

CITY OF MIAMI, a Florida Municipal
Corporation,

        Plaintiff,

v.

JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A.,
JPMORGAN CHASE, and CHASE
MANHATTAN BANK USA, N.A.,

        Defendants.

_____

**ORDER STAYING CASE PENDING THE SUPREME COURT'S DISPOSITION OF MATTERS NOW BEFORE THE COURT**

THIS CAUSE is before the Court upon the Joint Response to Order to Show Cause Why Case Should Not Be Stayed, filed herein on July 11, 2016. [DE 74].  The parties agree with the Court that further litigation efforts in this action at this juncture are wasteful and counter-productive prior to the resolution of the appeals by the United States Supreme Court.[1] *See id.*

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **STAYED** pending the Supreme Court's resolution of the consolidated appeals of two of the four related City of Miami FHA cases pending before this Court;

2. The Clerk is **DIRECTED** to administratively close this case and deny without prejudice as moot any pending motions;

---

[1] On June 28, 2016, the United States Supreme Court granted the petition for a writ of certiorari of Bank of America, N.A. and Countrywide Bank, FSB, as well as the petition for a writ of certiorari of Wells Fargo & Co. and Wells Fargo Bank, N.A., consolidated those petitions, and allotted the cases a one hour oral argument.  The Supreme Court will review the judgment of the Eleventh Circuit Court of Appeals reversing this Court's prior dismissal of this matter.

3. Upon the resolution by the Supreme Court of the consolidated appeals of two of the four related City of Miami FHA cases, the Court shall enter an order lifting the stay.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of July, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record