UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No: 14-cv-22205-DIMITROULEAS

CITY OF MIAMI, a Florida municipal corporation,
    Plaintiff.

v.

JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A,
JPMORGAN CHASE and CHASE
MANHATTAN BANK USA, N.A.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion for Dismissal of this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court, having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised in the premises, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Motion [DE 84] is **GRANTED.**

2. Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Plaintiff's unopposed request, this case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and expenses, including, without limitation, attorneys' fees.

3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 30th day of January, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record